PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Cheryl Reid                                   Docket No. 05-473

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Laurie Nadler** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Cheryl Reid**, who was placed under pretrial release supervision by the **Honorable Joel A. Pisano** sitting in the Court at Newark, New Jersey, on June 14, 2005, under the following conditions:

$10,000 Unsecured Appearance Bond
Report to Pretrial Services as directed

On July 14, 2005, Your Honor signed an Order adding the condition of mental health treatment as directed by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant recently sought treatment for alcoholism. Pretrial Services is requesting a modification of the defendant's release conditions in order to monitor her progress and assist her with a program referral if necessary.

Defense counsel Morris Pinsky and Assistant United States Attorney Marc Larkins have no objection to this modification.

PRAYING THAT THE COURT WILL ORDER BAIL BE AMENDED TO INCLUDE SUBSTANCE ABUSE TESTING/TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

ORDER OF COURT

Considered and ordered this 30 day of August, 05 and ordered filed and made a part of the records in the above case.

_____
Honorable Joel A. Pisano
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/26/05

_____
Laurie Nadler
U.S. Pretrial Services Officer